CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

SEP 0 1 2009

LO' _____ 'D ___ KS
PAID 496.00 DOCKETED ___

**UNITED STAES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON**

In Re:                                              )
                                                    ) Case No.: 05-60900 fra-13
·BRENDA D LEDFORD                                   )
                                                    ) **LIST OF NAMES AND ADDRESSES**
                                                    ) **FOR UNCLAIMED FUNDS**
Debtor(s)                                           )

Fred Long, Trustee, respectfully represents to the Bankruptcy Court as follows:

Sixty (60) days have passed since the issuance of the checks(s) to the debtors below and such checks have either been returned to the trustee or payment has been stopped thereon, and the total of $ __496.00__ is hereby paid to the Clerk of the United States Bankruptcy Court for deposit in the Registry of the Court as unclaimed money.

The following is a list of names and addresses, as far as known of the persons entitled to the following sums:

|  | Refund Amount | Unclaimed Refund |
|---|---|---|
| BRENDA D LEDFORD<br>800 MIRROR LN<br>ROSEBURG OR 974703325 | $496.00 | $496.00 |

Dated: September 1, 2009                    /s/ Fred Long
                                            Trustee